ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 9 2005

CLERK, U.S. DISTRICT COURT
By _____
                Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER J. THOMAS | ) | |
| | ) | |
| v. | ) | 3:04-CV-2010-P |
| | ) | |
| JO ANNE BARNHART, Commissioner | ) | |
| of Social Security | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this ___9th___ day of ___June___, 2005.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE